## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Gerald Bernard Bell_
(Please print)

STREET ADDRESS: _314 S. Wesley_

CITY/STATE/ZIP: _Oak Park IL 60302_

PHONE NUMBER: _(708) 763-9348_

CASE NUMBER: **08CV0057**
**JUDGE KENDALL**
**MAG. JUDGE COLE**

_Gerald B. Bell_
Signature

_01/03/08_
Date

**FILED**
JAN - 3 2008
Jan 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT