# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 57 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Bell vs. Buss Auto Body | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed in forma pauperis [4] is granted. The Clerk of the Court is directed to prepare and issue summons for service to be effectuated by the U.S. Marshals Service. Plaintiff's motion for appointment of counsel [5] is denied without prejudice. This order is entered without prejudice to a renewed request for the appointment of counsel should later developments so warrant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KW |
|---|---|---|