

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JAN - 3 2008
Jan 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

__Gerald B. Bell__
(Name of the plaintiff or plaintiffs)

v.

__Busse Auto Body Inc.__
(Name of the defendant or defendants)

CIVIL ACTION

NO. **08CV0057**
**JUDGE KENDALL**
**MAG. JUDGE COLE**

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __Gerald B. Bell__ of the county of __Cook__ in the state of __IL__.

3. The defendant is __Busse Auto Body Inc.__, whose street address is __1845 Busse Hwy__,
(city) __DesPlaines__ (county) __Cook__ (state) __IL__ (ZIP) __60016__
(Defendant's telephone number) (847) - __824.1352__

4. The plaintiff sought employment or was employed by the defendant at (street address)
__1865 Busse Highway__ (city) __DesPlaines__
(county) __Cook__ (state) __IL__ (ZIP code) __60016__

5. The plaintiff [*check one box*]

   (a) ☐  was denied employment by the defendant.

   (b) ☐  was hired and is still employed by the defendant.

   (c) ☑  was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) **August**, (day) **4**, (year) **2006**.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [check one box] ☐ has not ☑ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☑ the United States Equal Employment Opportunity Commission, on or about

   (month) **Feb** (day) **28** (year) **2007**.

   (ii) ☐ the Illinois Department of Human Rights, on or about

   (month) **Feb** (day) **28** (year) **2007**.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached.  ☑ YES.   ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I WAS HAVING A PROBLEM WITH A CO-WORKER. I WENT TO THE FOREMAN AND HE DID NOTHING ABOUT IT. THE SECOND TIME I WENT TO FOREMAN. HE TOLD ME NOT TO SAY ANYTHING TO CO-WORKER. THE THIRD TIME I WENT TO FOREMAN HE TOLD ME IF WE CAN'T GET ALONG THAT HE WAS GOING TO FIRE ME. SO THE FOREMAN NEVER ADDRESSED THE SITUATION, NOT ONCE, → OVER CONTINUE

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES   ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

(a) ☐  Direct the defendant to hire the plaintiff.

(b) ☐  Direct the defendant to re-employ the plaintiff.

(c) ☐  Direct the defendant to promote the plaintiff.

(d) ☐  Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐  Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐  Direct the defendant to (specify): _____

5

So I went to the owner with the complaint he told me that he would address it but never did and at the end of the day told me that they didn't need my services any longer. That was told to me by the forman. I asked him why? He told me it's not because of no one here.

But before they fired me they were trying to make me quit by having me doing everthing other than what I was hired to do and when I went to collect my unemployment they told them not to give it to me because I was fired/let go for fighting.

_____

_____

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

*Gerald B. Bell*

(Plaintiff's name)

GERALD B. BELL

(Plaintiff's street address)

314 S. WESLEY

~~Oak Par~~

(City) OAK PARK　　(State) IL　　(ZIP) 60302

(Plaintiff's telephone number) (708) – 763-9348

Date: 01/03/08

6

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>07M0131.04 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2007CF2174 |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME (indicate Mr. Ms. Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| Gerald B. Bell | (708) 763-9348 |

| Street Address | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 314 South Wesley Apt 2 | Oak Park, Illinois 60302 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include area code) |
|---|---|---|
| Busse Auto Body, Inc. | | (847) 824-1352 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | County |
|---|---|---|
| 1865 Busse Highway | Des Plaines, Illinois 60016 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST(ALL) |
|---|---|
| RACE | 8/4/06<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

I.   A.   ISSUE/BASIS
         DISCHARGE – AUGUST 4, 2006, BECAUSE OF MY RACE, BLACK

     B.   PRIMA FACIE ALLEGATIONS
         1. My race is black.

         2. My job performance met Respondent's legitimate expectations. I was hired on May 3, 2006.

         3. On August 4, 2006, I was discharged. No reason was given for the discharge.

         4. My job performance was comparable to that of non-black employees who were not discharged.

MFP/JJT/RCG

DEPT OF [illegible]
FEB 28 2007
RECEIVED
BY _____

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 28th DAY OF Feb 2007<br>_Patrice A Keys_<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>PATRICE A KEYS<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES 12/01/08<br>**NOTARY SEAL** | X _Gerald Bell_   02/28/07<br>SIGNATURE OF COMPLAINANT   DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)

*return this copy*