# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 57 | **DATE** | 8/7/2008 |
| **CASE TITLE** | BELL vs. BUSSE AUTO BODY | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to August 28, 2008 at 9:00 am. Mr. Michael L. Sullivan, Goldberg Kohn Bell Black Rosenbloom & Moritz Ltd, 55 East Monroe St., Suite 3700, Chicago, IL 60603, 312-201-4000, is appointed as counsel for plaintiff. Mr. Sullivan is directed to contact plaintiff forthwith and advise the court at the status hearing if it will be necessary to file an amended complaint.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JS |
|---|---|---|