IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERALD B. BELL, | ) |
|       Plaintiff, | ) |
| vs. | ) Case No: 08 CV 0057 |
| BUSSE AUTO BODY, INC., an Illinois corporation, | ) Judge Kendall |
|       Defendant. | ) Magistrate Judge Cole |

**AGREED MOTION TO RESCHEDULE STATUS HEARING**

Plaintiff Gerald B. Bell ("Plaintiff" or "Bell"), by its undersigned counsel, respectfully moves this Court to strike the status hearing scheduled for Thursday, August 28, 2008 and reschedule it to September 15, 2008. In support of this motion, Plaintiff states as follows:

1. On August 7, 2008, this Court entered an Order continuing the status hearing until August 28, 2008, at which time Plaintiff's newly appointed counsel would inform the Court if it would be necessary to file an amended complaint.

2. Plaintiff's counsel has met with Plaintiff and has determined that it is necessary to file an amended complaint.

3. Plaintiff's counsel will be in Florida for a previously scheduled summary judgment argument on August 28, 2008 on another matter.

-2-

    4.    Plaintiff requests that the status on August 28, 2008 be stricken and rescheduled to September 15, 2008, by which date Plaintiff shall have filed his amended complaint.

    5.    Plaintiff's counsel has contacted Defendant's counsel regarding this motion and Defendant has no objection.

WHEREFORE, Plaintiff respectfully requests that the August 28, 2008 status hearing be stricken and rescheduled to September 15, 2008.

                Respectfully submitted,

                By ___/s/ Mary E. Anderson _____
                    One of Its Attorneys

Michael L. Sullivan
Mary E. Anderson
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000