IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GERALD B. BELL,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No: 08 CV 0057 |
| **BUSSE AUTO BODY, INC.,** an Illinois corporation, | ) Judge Kendall |
| | ) Magistrate Judge Cole |
| **Defendant.** | ) |

## NOTICE OF MOTION

To: Robert J. Kartholl                     Edward J. Sedlacek
    Law offices of Robert J. Kartholl      Huck Bouma, P.C.
    125 S. Bloomingdale Road               1755 S. Naperville Road
    Suite 11                               Suite 200
    Bloomingdale, IL  60108                Wheaton, IL  60187

    PLEASE TAKE NOTICE that on August 26, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Kendall in Courtroom 2319 of the United States District Court For The Northern District Of Illinois Eastern Division, and then and there present an Agreed Motion to Reschedule Status Hearing, a copy of which is attached hereto.

                                        Respectfully submitted,


                                        By:   /s/ Mary E. Anderson
                                              One of Its Attorneys

Michael L. Sullivan
Mary E. Anderson
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on August 21, 2008, she caused a true and correct copy of the foregoing **Agreed Motion to Reschedule Status Hearing** to be served electronically upon:

To: Robert J. Kartholl  
　　Law offices of Robert J. Kartholl  
　　125 S. Bloomingdale Road  
　　Suite 11  
　　Bloomingdale, IL  60108

　　Huck Bouma, P.C.  
　　1755 S. Naperville Road  
　　Suite 200  
　　Wheaton, IL  60187

　　　　　　　　__/s/ Mary E. Anderson_____