**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Gerald B. Bell
                              Plaintiff,

v.                                              Case No.: 1:08−cv−00057
                                                      Honorable Virginia M. Kendall

Busse Auto Body Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Agreed motion by Plaintiff Gerald B. Bell to reschedule status hearing [18] is granted. Motion hearing held on 8/26/2008 regarding motion to reschedule status [18]. Status hearing set for 8/26/2008 is stricken and reset for 9/15/2008 at 9:00 AM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.